B 5 (Official Form  5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br><br>District of Delaware | INVOLUNTARY<br>PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual:  Last, First, Middle)<br><br>**Caesars Entertainment Operating Company, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>Harrah's Operating Company, Inc. |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>75-1941623 | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>One Caesars Palace Drive<br>Las Vegas, Nevada<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Clark<br>         ZIP CODE<br>         89109 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br><br>         ZIP CODE |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses) |
|---|

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>     ☐ Chapter 7    ✓ Chapter 11 |
|---|

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>✓ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>✓ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>  check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>  11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>✓ Other<br>    Casino-Entertainment |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal<br>place of business, or principal assets in the District for 180<br>days immediately preceding the date of this petition or for<br>a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general<br>partner or partnership is pending in this District. | ✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form<br>  specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the<br>petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of<br>1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United<br>     States Code.<br>3.a. ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are<br>     the subject of a bona fide dispute as to liability or amount;<br>                 or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or<br>     agent appointed or authorized to take charge of less than substantially all of the property of the<br>     debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

**Name of Debtor** Caesars Entertainment Operating Company, Inc.

**Case No.** _____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x See attached.
Signature of Petitioner or Representative (State title)
Appaloosa Investment Ltd. P'ship I

Name of Petitioner ____ Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
James E. Bolin, 51 John F Kennedy Pkwy Short Hills, NJ 07078

x _____ Robert S. Brady   01/12/2015
Signature of Attorney         Date
Young Conaway Stargatt & Taylor
Name of Attorney Firm (If any)
1000 North King St., Wilmington, DE 19801
Address
(302) 571-6600
Telephone No.

---

x See attached.
Signature of Petitioner or Representative (State title)
OCM Opportunities Fund VI, L.P.

Name of Petitioner ____ Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Ken Liang, Jordan Mikes 333 S. Grand Ave. Los Angeles, CA 90071

x _____ Robert S. Brady   01/12/2015
Signature of Attorney         Date
Young Conaway Stargatt & Taylor
Name of Attorney Firm (If any)
1000 North King St., Wilmington, DE 19801
Address
(302) 571-6600
Telephone No.

---

x See attached.
Signature of Petitioner or Representative (State title)
Special Value Expansion Fund, LLC

Name of Petitioner ____ Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
David Hollander 2951 28th Street #1000 Santa Monica, CA 90405

x _____ Robert S. Brady   01/12/2015
Signature of Attorney         Date
Young Conaway Stargatt & Taylor
Name of Attorney Firm (If any)
1000 North King St., Wilmington, DE 19801
Address
(302) 571-6600
Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Appaloosa Investment Limited Partnership I | 10% Second Lien Notes | 13,109,250.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| OCM Opportunities Fund VI, L.P. | 10% Second Lien Notes | 18,239,186.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Special Value Expansion Fund, LLC | 10% Second Lien Notes | 9,734,458.00 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 41,082,894.00 |

X  continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** Caesars Entertainment Operating Company, Inc.

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _James E. Bolin   Secretary & VP_ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Appaloosa Investment Ltd. P'ship I    _1/11/2015_ | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing      James E. Bolin, 51 John | Address |
| Address of Individual   F Kennedy Pkwy | |
| Signing in Representative  Short Hills, NJ 07078 | Telephone No. |
| Capacity | |
| | |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |
| | |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| | |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___ ____continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** Caesars Entertainment Operating Company,Inc.

**Case No.** _____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ *Authorized Signatory of Oaktree Fund GP I, L.P., as the general partner of OCM* | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| OCM Opportunities Fund VI, L.P.        01/09/2015 | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing       Ken Liang, Jordan Mikes | Address |
| Address of Individual  333 S. Grand Ave | |
| Signing in Representative  Los Angeles, CA 90071 | Telephone No. |
| Capacity | |
| *Opportunities Fund VI GP, L.P., as the general partner of the Petitioner* | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor**  Caesars Entertainment Operating Company, Inc.

Case No. _____

| | |
|---|---|
| **TRANSFER OF CLAIM** | |

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Managing Partner, Tennenbaum Capital Partners, LLC_ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                           Date |
| Special Value Expansion Fund, LLC     01/09/2015 | |
| Name of Petitioner                      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing        David Hollander | Address |
| Address of Individual    2951 28th Street #1000 | |
| Signing in Representative  Santa Monica, CA 90405 | |
| Capacity | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                           Date |
| Name of Petitioner                      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | |
| Capacity | Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                           Date |
| Name of Petitioner                      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | |
| Capacity | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached