IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 15-10047 (KG) |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11 of the United States Code was filed against you on January 12, 2015, in this Bankruptcy Court, requesting an order for relief under chapter 11 of title 11 of the United States Code (i.e., the United States Bankruptcy Code).

YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached hereto.

> Address of the Clerk of the Bankruptcy Court:
> United States Bankruptcy Court for the District of Delaware
> 824 N. Market Street, 3rd Floor
> Wilmington, Delaware 19801

At the same time, you must also serve a copy of your motion or answer upon the petitioners' attorneys.

> Name and Address of Petitioners' Attorneys:

| | |
|---|---|
| Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Robert F. Poppiti, Jr. (No. 5052)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 | Bruce Bennett<br>James O. Johnston<br>Sidney P. Levinson<br>Joshua M. Mester<br>Monika S. Wiener<br>JONES DAY<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539 |

Attorneys for Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P. and Special Value Expansion Fund, LLC

If you make a motion, your time to answer is governed by Rule 1011(c) of the Federal Rules of Bankruptcy Procedure.

**If you fail to respond to this summons, the order for relief will be entered.**

*David Bird*
Clerk of the United States Bankruptcy Court
for the District of Delaware

January 12, 2015

By: *Sam Hughes*
Deputy Clerk

B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | INVOLUNTARY PETITION |
|---|---|
| **IN RE (Name of Debtor – If Individual: Last, First, Middle)**<br>Caesars Entertainment Operating Company, Inc. | **ALL OTHER NAMES used by debtor in the last 8 years**<br>(Include married, maiden, and trade names.)<br>Harrah's Operating Company, Inc. |
| **Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN**<br>(If more than one, state all.):<br>75-1941623 | |
| **STREET ADDRESS OF DEBTOR** (No. and street, city, state, and zip code)<br>One Caesars Palace Drive<br>Las Vegas, Nevada<br><br>**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**<br>Clark<br>ZIP CODE 89109 | **MAILING ADDRESS OF DEBTOR** (If different from street address)<br><br><br>ZIP CODE |

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR** (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

☐ Chapter 7    ☑ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other Casino-Entertainment |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor Caesars Entertainment Operating Company, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney |
|---|---|
| x See attached. | x /s/ Robert S. Brady    01/12/2015 |
| Appaloosa Investment Ltd. P'ship I | Young Conaway Stargatt & Taylor |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
|  | 1000 North King St., Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| James E. Bolin, 51 John F Kennedy Pkwy Short Hills, NJ 07078 | (302) 571-6600 |
|  | Telephone No. |
| x See attached. | x /s/ Robert S. Brady    01/12/2015 |
| OCM Opportunities Fund VI, L.P. | Young Conaway Stargatt & Taylor |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
|  | 1000 North King St., Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Ken Liang, Jordan Mikes 333 S. Grand Ave. Los Angeles, CA 90071 | (302) 571-6600 |
|  | Telephone No. |
| x See attached. | x /s/ Robert S. Brady    01/12/2015 |
| Special Value Expansion Fund, LLC | Young Conaway Stargatt & Taylor |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
|  | 1000 North King St., Wilmington, DE 19801 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| David Hollander 2951 28th Street #1000 Santa Monica, CA 90405 | (302) 571-6600 |
|  | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Appaloosa Investment Limited Partnership I | 10% Second Lien Notes | 13,109,250.00 |
| OCM Opportunities Fund VI, L.P. | 10% Second Lien Notes | 18,239,186.00 |
| Special Value Expansion Fund, LLC | 10% Second Lien Notes | 9,734,458.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 41,082,894.00 |

___X___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2       Name of Debtor  Caesars Entertainment Operating Company, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  *James E. Bolin*  Secretary & VP
Signature of Petitioner or Representative (State title)
Appaloosa Investment Ltd. P'ship I        1/11/2015
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
James E. Bolin, 51 John F. Kennedy Pkwy, Short Hills, NJ 07078

x _____
Signature of Attorney                  Date

Name of Attorney Firm (If any) _____

Address _____

Telephone No. _____

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____    Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney                  Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____    Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney                  Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.    Total Amount of Petitioners' Claims

___ ___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Caesars Entertainment Operating Company, Inc.

Case No. _____

**TRANSFER OF CLAIM**

☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x  /s/ Ken L.   *Authorized Signatories of OCM Opportunities Fund GP7, L.P., as the general partner of OCM*

Signature of Petitioner or Representative (State title)
OCM Opportunities Fund VI, L.P.    01/09/2015
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Ken Liang, Jordan Mikes
333 S. Grand Ave.
Los Angeles, CA 90071

*Opportunities Fund VI GP, L.P., as the general partner of the Petitioner*

x _____
Signature of Attorney    Date

Name of Attorney Firm (If any)
Address
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney    Date

Name of Attorney Firm (If any)
Address
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney    Date

Name of Attorney Firm (If any)
Address
Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Caesars Entertainment Operating Company, Inc.__

Case No. _____

### TRANSFER OF CLAIM
☑ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ Managing Partner, Tennenbaum Capital Partners, LLC
Signature of Petitioner or Representative (State title)

Name of Petitioner: Special Value Expansion Fund, LLC
Date Signed: 01/09/2015

Name & Mailing Address of Individual Signing in Representative Capacity:
David Hollander
2951 28th Street #1000
Santa Monica, CA 90405

x _____
Signature of Attorney     Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____  Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney     Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____  Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney     Date
Name of Attorney Firm (If any)
Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | | |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___ continuation sheets attached