IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAESARS ENTERTAINMENT | ) | Case No. 15-10047 (KG) |
| OPERATING COMPANY, | ) | |
| | ) | |
| Alleged Debtor. | ) | **Re: Dkt No. 18 and 27** |
| | ) | |

## ORDER

This matter coming before the Court on the Emergency Motions of Petitioning Creditors for Orders Shortening Notice and Scheduling an Expedited Hearing(s) on (1) Motion to Stay Any Parallel Proceedings (the "Stay Motion") (D.I. 18); and (2) Motion (I) Establishing Venue for the Chapter 11 cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief (the "Venue Motion") (D.I. 27); the Court having reviewed the Emergency Motions;

IT IS HEREBY ORDERED,

1. The Stay Motion is denied without prejudice.

2. The Alleged Debtor has now confirmed that it and 180 related entities will file their Chapter 11 cases in the Northern District of Illinois (the "Illinois Court").

3. The Court will not grant an emergency hearing prior to an actual event, i.e., the Alleged Debtor filing its case in the Illinois Court.

4. Rule 1014(a)(1) of the Federal Rules of Bankruptcy Procedure provides that "the court in the district in which the first-filed petition is pending may determine, in the interest of justice or for the convenience of the parties, the district or districts in which any of the cases should proceed."

Rule 1014(b) further provides that: "The court may order the parties to the later filed cases not to proceed further until it makes the determination." The term "later-filed" clearly means an actual filing. Such a filing has not yet occurred. Rule 1014(b) empowers the Court to "stay" the later filed case and does not contemplate enjoining its filing. Rule 1014, however, makes it clear that the Court can, if appropriate, order the Alleged Debtor not to proceed with a parallel case if doing so is in the "interest of justice or for the convenience of the parties." The Petitioning Creditors, therefore, can obtain the relief they seek if the Court finds in their favor.

5. The Petitioning Creditors may advise the Court at once (regardless of the time of day or night) at which time the Court will schedule a hearing on the Stay Motion on an emergency basis at the earliest opportunity to prevent any possibility of uncertainty or confusion which would result from cases proceeding in multiple jurisdictions.

6. The Venue Motion is premature for the reasons stated herein, and is denied without prejudice.

Dated: January 14, 2015

Kevin Gross, U.S.B.J.