IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>CAESARS ENTERTAINMENT<br>OPERATING COMPANY, *et al.,*<br>Alleged Debtor. | Chapter 11<br><br>Case No. 15-10047 (KG) |
|---|---|

## NOTICE OF WITHDRAWAL OF DOCUMENT [DOCKET NO. 31]

PLEASE TAKE NOTICE that Rachel B. Mersky, of Monzack Mersky McLaughlin and Browder hereby withdraws DOCKET NO. 31 as it was entered in error and DOCKET NO. 32 was entered to replace the incorrect filing.

Dated: January 14, 2015

**MONZACK MERSKY McLAUGHLIN
AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:    (302) 656-8162
Facsimile:     (302) 656-2769
Email:           rmersky@monlaw.com

**Attorney for Phil Satre**