IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT<br>OPERATING COMPANY, INC.,<br><br>              Alleged Debtor. | Chapter 11<br><br>Case No. 15-10047 (KG)<br><br>**Ref. Docket Nos. 17, 18, 26, 27 and 30**<br><br>**Requested Objection Deadline:**<br>**To be determined by the Court**<br><br>**Requested Hearing Date:**<br>**January 15, 2015, at the earliest practicable time** |

**RENEWED (A) MOTION OF PETITIONING CREDITORS,
PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY
CODE AND BANKRUPTCY RULE 1014(b), FOR AN ORDER STAYING
ANY PARALLEL PROCEEDINGS; (B) MOTION OF PETITIONING
CREDITORS, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULE 1014(b), FOR AN ORDER (I) ESTABLISHING VENUE
FOR THE CHAPTER 11 CASES OF CAESARS ENTERTAINMENT OPERATING
COMPANY, INC. AND ITS DEBTOR AFFILIATES IN THE DISTRICT OF
DELAWARE AND (II) GRANTING CERTAIN RELATED RELIEF; (C) EMERGENCY
MOTION OF PETITIONING CREDITORS FOR AN ORDER SHORTENING NOTICE
AND SCHEDULING AN EXPEDITED HEARING ON MOTION TO STAY ANY
PARALLEL PROCEEDINGS; AND (D) EMERGENCY MOTION OF PETITIONING
CREDITORS FOR AN ORDER SHORTENING NOTICE AND SCHEDULING
AN EXPEDITED HEARING ON MOTION FOR AN ORDER (I) ESTABLISHING
VENUE FOR THE CHAPTER 11 CASES OF CAESARS ENTERTAINMENT
OPERATING COMPANY, INC. AND ITS DEBTOR AFFILIATES IN
THE DISTRICT OF DELAWARE AND (II) GRANTING CERTAIN RELATED RELIEF**

On January 13, 2015, Appaloosa Investment Limited Partnership I, OCM Opportunities

Fund VI, L.P. and Special Value Expansion Fund, LLC (collectively, the "Petitioning

Creditors"), holders of 10% Second-Priority Senior Secured Notes due 2018 issued under

indentures dated December 24, 2008 and April 15, 2009 by alleged debtor Caesars Entertainment

Operating Company, Inc. ("CEOC"), filed the Motion of Petitioning Creditors, Pursuant to

Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order Staying Any

Parallel Proceedings (Docket No. 17) (the "Stay Motion").  Contemporaneously therewith, the Petitioning Creditors filed the Emergency Motion of Petitioning Creditors for an Order Shortening Notice and Scheduling an Expedited Hearing on Motion to Stay Any Parallel Proceedings (Docket No. 18) (the "Motion to Expedite Stay Hearing"), requesting expedited consideration of the Stay Motion.

On January 14, 2015, the Petitioning Creditors filed the Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order (I) Establishing Venue for the Chapter 11 Cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief (Docket No. 26) (the "Venue Motion").  Contemporaneously therewith, the Petitioning Creditors filed the Emergency Motion of Petitioning Creditors for an Order Shortening Notice and Scheduling an Expedited Hearing on Motion for an Order (I) Establishing Venue for the Chapter 11 Cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief (Docket No. 27) (the "Motion to Expedite Venue Hearing" and, together with the Motion to Expedite Stay Hearing, the "Motions to Expedite").

On January 14, 2015, the Court entered an order (the "Order") (a) denying the Stay Motion and the Venue Motion without prejudice and (b) stating that "[t]he Court will not grant an emergency hearing prior to an actual event, *i.e.*, the Alleged Debtor filing its case in the Illinois Court."  Order (Jan. 14, 2015) (Docket No. 30), at ¶ 3.  The Order provides, however, that, upon the commencement of any parallel chapter 11 case in the United States Bankruptcy Court for the Northern District of Illinois (the "Illinois Bankruptcy Court") by CEOC or an affiliate of CEOC, "[t]he petitioning creditors may advise the Court at once (regardless of the

-3-

time of day or night) at which time the Court will schedule a hearing on the Stay Motion on an emergency basis at the earliest opportunity to prevent any possibility of uncertainty or confusion which would result from cases proceeding in multiple jurisdictions." *Id.* at ¶ 5.

On January 15, 2015, CEOC commenced a voluntary chapter 11 case in the Illinois Bankruptcy Court. Approximately 180 of CEOC's affiliates are in the process of commencing voluntary chapter 11 cases in the Illinois Bankruptcy Court (collectively, the "<u>Illinois Case</u>").

In light of the commencement of the Illinois Case, the Petitioning Creditors hereby renew (a) the Stay Motion, (b) the Motions to Expedite and (c) the Venue Motion, each of which are incorporated herein.

*Remainder of page intentionally left blank*

For the reasons set forth in the Motion to Expedite Stay Hearing, the Petitioning Creditors request that the Court grant the Motion to Expedite Stay Hearing and schedule a hearing on the Stay Motion for January 15, 2015, at the earliest practicable time.

For the reasons set forth in the Motion to Expedite Venue Hearing, the Petitioning Creditors request that the Court grant the Motion to Expedite Venue Hearing and schedule a hearing on the Venue Motion for the earliest practicable date but no later than January 20, 2015.

| | |
|---|---|
| Dated: January 15, 2015<br>Wilmington, Delaware | Respectfully submitted, |

*/s/ Robert F. Poppiti, Jr.*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Robert F. Poppiti, Jr. (No. 5052)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone:     (302) 571-6600
Facsimile:     (302) 571-1253

-and-

Bruce Bennett
James O. Johnston
Sidney P. Levinson
Joshua M. Mester
Monika S. Wiener
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:     (213) 489-3939
Facsimile:     (213) 243-2539

Attorneys for Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P. and Special Value Expansion Fund, LLC

01:16506823.1