IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., | ) Case No. 15-10047 (KG) |
| | ) |
| Alleged Debtor. | ) |
| | ) |

### NOTICE OF MEMORANDUM IN SUPPORT OF CHAPTER 11 PETITIONS FILED IN CASE NO. 15-01145 (ABG), UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS

**PLEASE TAKE NOTICE** that the pleading attached hereto as Exhibit A, the **Memorandum in Support of Chapter 11 Petitions**, was filed in the chapter 11 cases of *In re: Caesars Entertainment Operating Company, Inc., et al.*, Case No. 15-01145 (ABG) (joint administration pending) filed in the United States Bankruptcy Court for the Northern District of Illinois.

| | |
|---|---|
| Dated: January 15, 2015<br>Wilmington, Delaware | /s/ *Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:  (302) 426-1189<br>Facsimile:  (302) 426-9193<br>Email: dpacitti@klehr.com |

- and -

Morton Branzburg (*pro hac vice* pending)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-2700
Facsimile:  (215) 568-6603
Email: mbranzburg@klehr.com

- and -

James H.M. Sprayregen (*pro hac vice* pending)
David R. Seligman, P.C. (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-7066
Facsimile: (312) 862-2200
Email: jsprayregen@kirkland.com
          david.seligman@kirkland.com

-and-

Paul M. Basta, P.C. (*pro hac vice* pending)
Nicole L. Greenblatt (*pro hac vice* pending)
Christopher Greco (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email: paul.basta@kirkland.com
   christopher.greco@kirkland.com
   nicole.greenblatt@kirkland.com

Counsel to Caesars Entertainment Operating Company, Inc.