**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 15-10047 (KG)<br><br>**Ref. Docket Nos. 17, 18, 30, and 35**<br><br>**Hearing Date:**<br>**January 15, 2015 at 10:30 a.m. (ET)** |

**NOTICE OF MOTION**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE ABOVE-CAPTIONED DEBTOR; AND (III) ALL PARTIES THAT, AS OF THE FILING OF THIS NOTICE, HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that on January 13, 2015, Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P. and Special Value Expansion Fund, LLC, holders of 10% Second-Priority Senior Secured Notes due 2018 issued under indentures dated December 24, 2008 and April 15, 2009 by alleged debtor Caesars Entertainment Operating Company, Inc., filed the Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order Staying Any Parallel Proceedings [Docket No. 17] (the "Stay Motion").

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO THE COURT'S DIRECTION, A HEARING ON THE STAY MOTION WILL BE HELD ON **JANUARY 15, 2015 AT 10:30 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

*Remainder of page intentionally left blank*

| | | |
|---|---|---|
| Dated: | January 15, 2015<br>Wilmington, Delaware | Respectfully submitted, |

*/s/ Robert F. Poppiti, Jr.*
Robert S. Brady  (No. 2847)
Edmon L. Morton  (No. 3856)
Robert F. Poppiti, Jr. (No. 5052)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone:     (302) 571-6600
Facsimile:     (302) 571-1253

-and-

Bruce Bennett
James O. Johnston
Sidney P. Levinson
Joshua M. Mester
Monika S. Wiener
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California  90071
Telephone:     (213) 489-3939
Facsimile:     (213) 243-2539

Attorneys for Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P. and Special Value Expansion Fund, LLC

01:16507614.1