**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 15-10047 (KG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 15, 2015 AT 10:30 A.M. (ET)**

**CONTESTED MATTER GOING FORWARD**

1. Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order Staying Any Parallel Proceedings [Docket No. 17, filed 1/13/15]

    Responses Received:

    A) Objection of Caesars Entertainment Operating Company, Inc. to (1) Motion of Petitioning Creditors for an Order Staying Any Parallel Proceedings and (2) Emergency Motion to Shorten Notice and Scheduling an Expedited Hearing on Motion to Stay Any Parallel Proceedings [Docket No. 29, filed 1/14/15]

    B) Notice of Memorandum of Law in Support of Chapter 11 Petitions Filed in Case No. 15-01145 (ABG), United States Bankruptcy Court, Northern District of Illinois, Filed by Caesars Entertainment Operating Company, Inc. [Docket No. 36, filed 1/15/15]

    Related Documents:

    C) Emergency Motion of Petitioning Creditors for an Order Shortening Notice and Scheduling an Expedited Hearing on Motion to Stay Any Parallel Proceedings [Docket No. 18, filed 1/13/15]

    D) Order Denying Emergency Motion of Petitioning Creditors for an Order Shortening Notice and Scheduling an Expedited Hearing on Motion to Stay Any Parallel Proceedings [Docket No. 30, filed 1/14/15]

    E)    Renewed (A) Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order Staying any Parallel Proceeding; (B) Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order (I) Establishing Venue for the Chapter 11 Cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief; (C) Emergency Motion of Petitioning Creditors for an Order Shortening Notice and Scheduling an Expedited Hearing on Motion to Stay any Parallel Proceedings; and (D) Emergency Motion of Petitioning Creditors for an Order Shortening Notice and Scheduling an Expedited Hearing on Motion for an Order (I) Establishing Venue for the Chapter 11 Cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief [Docket No. 35, filed 1/15/15]

    F)    Notice of Filing of Exhibit B to Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order Staying any Parallel Proceedings [Docket No. 37, filed 1/15/15]

    G)    Notice of Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order Staying any Parallel Proceedings [Docket No. 38, filed 1/15/15]

<u>Status</u>:    At the direction of the Court, this matter is going forward.

## MATTER GOING FORWARD AS A STATUS CONFERENCE

2. Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order (I) Establishing Venue for the Chapter 11 Cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief [Docket No. 26, filed 1/14/15]

<u>Related Documents</u>:

    A)    Emergency Motion of Petitioning Creditors for an Order Shortening Notice and Scheduling an Expedited Hearing on Motion for an Order (I) Establishing Venue for the Chapter 11 Cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief [Docket No. 27, filed 1/14/15]

-3-

    B)    Order Denying Emergency Motion of Petitioning Creditors for an Order Shortening Notice and Scheduling an Expedited Hearing on Motion for an Order (I) Establishing Venue for the Chapter 11 Cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief [Docket No. 30, filed 1/14/15]

    C)    Renewed (A) Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order Staying any Parallel Proceeding; (B) Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order (I) Establishing Venue for the Chapter 11 Cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief; (C) Emergency Motion of Petitioning Creditors for an Order Shortening Notice and Scheduling an Expedited Hearing on Motion to Stay any Parallel Proceedings; and (D) Emergency Motion of Petitioning Creditors for an Order Shortening Notice and Scheduling an Expedited Hearing on Motion for an Order (I) Establishing Venue for the Chapter 11 Cases of Caesars Entertainment Operating Company, Inc. and Its Debtor Affiliates in the District of Delaware and (II) Granting Certain Related Relief [Docket No. 35, filed 1/15/15]

Status:    At the direction of the Court, this matter will be going forward solely as a status conference to discuss scheduling of this matter.

(header below)
`Case 15-10047-KG    Doc 39    Filed 01/15/15    Page 4 of 4`

Dated: January 15, 2015  
Wilmington, Delaware

Respectfully submitted,

*/s/ Robert F. Poppiti, Jr.*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Robert F. Poppiti, Jr. (No. 5052)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253

-and-

Bruce Bennett
James O. Johnston
Sidney P. Levinson
Joshua M. Mester
Monika S. Wiener
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Telephone:    (213) 489-3939
Facsimile:    (213) 243-2539

Attorneys for Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P. and Special Value Expansion Fund, LLC