# SIGN-IN-SHEET

**CASE NAME:** Caesar's Entertainment Operating Company, Inc.   **COURTROOM LOCATION:** 3
**CASE NO.:** 15-10047 (KG)   **DATE:** 1/15/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| DAVID ZOTT | Kirkland & Ellis | Caesars Entertainment |
| RYAN DAHL | ↓ | BRE Coating Company Inc. |
| DOMENIC PACITTI | Klehr Harrison | |
| Mont Brown zbuen | ↓ | |
| Neil Glassman | Bayard | Ad Hoc Committee of First Lien Bank Lenders |
| Justin Alberto | Bayard | " |
| Kenneth Pasquale | Stroock Stroock & Lavan | Certain of the First Lien Bondholders who have signed the RSA |
| Michael DeBaecke | Blank Rome | " |
| Robert Brady | Young Conaway | Petitioning Creditors |
| Edwin Morton | " | " |
| Bruce Bennett | Jones Day | " |
| Geoffrey Stewart | " | " |
| David L. Buchbinder | USTP, DOJ | UST |
| Richard Schepacarter | " | " |
| Rachel B Mersky | Monzack Mersky McLaughlin and Browder | Phil Satre |

# SIGN-IN-SHEET

**CASE NAME:** Caesar's Entertainment Operating Company, Inc.  **COURTROOM LOCATION:** 3
**CASE NO.:** 15-10047 (KG)  **DATE:** 1/15/15

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Karen B. Owens | Ashby + Geddes | Caesars Growth Partners + Caesars Acquisition Company |
| Rosemary Piergiovanni | Farnan LLP | Ad hoc Group of CEOC 10.75% Unsecured Notes |

# Court Conference

**U.S. Bankruptcy Court-Delaware (DE - US)**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin Gross**
**Courtroom**

Calendar Date: 01/15/2015
Calendar Time: 10:30 AM ET

Amended Calendar 01/15/2015 08:22 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690621 | Kristina Alexander | (212) 841-8704 | Ropes & Gray LLP | Interested Party, Ropes & Gray LLP / LISTEN ONLY |
| | | Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690693 | Arlene R. Alves | (212) 574-1204 | Seward & Kissel LLP | Creditor, Law Deventure Trust Company of New York as Indenture Trustee / LISTEN ONLY |
| | | Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690496 | Paul M. Basta | 212-446-4750 | Kirkland & Ellis LLP | Debtor, Caesars Entertainment Operating Company, Inc. / LIVE |
| | | Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690570 | Steven M. Beard | (312) 589-6417 | Pentwater Capital Management | Interested Party, Pentwater Capital Management / LISTEN ONLY |
| | | Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690612 | Marc Beilinson | (310) 990-2990 | Beilinson Advisory Group | Interested Party, Marc Beilinson / LIVE |
| | | Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690534 | James T Bentley | 212-756-2273 ext. 00 | Schulte Roth & Zabel LLP | Creditor, NRF / LISTEN ONLY |
| | | Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690660 | Richard Bernard | (212) 338-3566 | Foley & Lardner LLP | Trustee, for the 10.5 percent due 2016: US Bank / LIVE |
| | | Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690527 | David Bersh | (973) 701-7000 | Appaloosa Management | Interested Party, Appaloosa Management / LISTEN ONLY |
| | | Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690531 | Stephen Blauner | (212) 373-1562 | Solus LP - Client | Interested Party, Solus LP / LISTEN ONLY |

Raymond Reyes ext. 881    CourtConfCal2012    Page 1 of 9

| Debtor | Case | Type | ID | Name | Phone | Firm | Party |
|---|---|---|---|---|---|---|---|
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690492 | Seth M. Bloomfield | (212) 728-4473 | Chadbourne & Parke LLP | Interested Party, Chadbourne & Parke LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690502 | Josh W. Brant | (212) 723-1584 | CitiGroup | Interested Party, Citigroup Global Markets Inc / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690484 | Peg A. Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690472 | Matthew Brod | (212) 530-5460 | Milbank, Tweed, Hadley & McCloy, LLP | Interested Party, Milbank, Tweed, Hadley & McCloy, LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690511 | Mark Broude | 212-906-1384 | Latham & Watkins LLP | Interested Party, Caesars Growth Partners, LLC & Caesars Acquisition Company / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690474 | David L. Buchbinder | 302-573-6491 | Office of the United States Trustee | U.S. Trustee, David L. Buchbinder / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690514 | Jonathan D. Canfield | (212) 806-5481 | Stroock & Stroock & Lavan | Interested Party, Stroock & Stroock & Lavan / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690584 | Courtney Carson | (212) 320-5499 | Soros Fund Management | Interested Party, Soros Fund Management / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690669 | Katherine R Catanese | (212) 338-3496 | Foley & Lardner LLP | Trustee, for the 10.5 percent due 2016: US Bank / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690557 | Daniel Chandra | 212-751-5759 | DW Investment Management | Interested Party, Daniel Chandra / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690707 | David Charnin | (203) 618-3573 | Strategic Value Partners | Creditor, Strategic Value Partners / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690796 | Bertrand Choe | (212) 940-6742 | Katten Muchin Rosenman LLP New York | Interested Party, UMB Bank as First Lien Notes Indenture Trustee / LIVE |

| Debtor | Case Number | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690546 | Steven H. Church | (302) 661-7606 | Bloomberg LP | Interested Party, Steven H. Church / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690548 | Maria Chutchian | (646) 378-3108 | Merger Market | Interested Party, Merger Market / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690565 | Howard Cohen | (302) 467-4200 | Drinker Biddle & Reath LLP | Interested Party, Ad Hoc Group / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690784 | David Crichlow | (212) 940-8941 | Katten Muchin Rosenman LLP New York | Interested Party, UMB Bank as First Lien Notes Indenture Trustee / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690488 | Harrison Denman | (212) 819-2567 | White & Case LLP | Interested Party, White & Case LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690489 | Douglas Deutsch | (212) 408-5169 | Chadbourne & Parke, LLP | Interested Party, Chadbourne & Parke, LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690779 | Karen B. Dine | (212) 940-8772 | Katten Muchin Rosenman LLP New York | Interested Party, UMB Bank as First Lien Notes Indenture Trustee / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690473 | David M. Dunn | (212) 584-5946 | Arrowgrass Capital Partners U.S. LP | Interested Party, Arrowgrass Capital Partners U.S. LP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690498 | Van Durrer, II | (213) 687-5200 | Skadden, Arps, Slate, Meagher & Flom | Interested Party, Van Durrer, II / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690615 | Kristin Elliott | (212) 808-7800 | Kelley Drye & Warren, LLP | Trustee, Wilmington Savings Funds Society / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690594 | Andrew Farjo | (202) 333-8140 | Rock Creek Partners, LLC | Interested Party, Rock Creek Partners, LLC / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690521 | Patrick Fleming | (860) 503-1204 | Newfleet Asset Management, LLC | Interested Party, Newfleet Asset Management LLC / LISTEN ONLY |

| Debtor | Case # | Proceeding | Rep ID | Appearing | Telephone | Firm | On Behalf Of |
|---|---|---|---|---|---|---|---|
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690553 | Daniel Filman | (212) 506-1713 | Kasowitz Benson Torres & Friedman | Interested Party, TPG / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690627 | Kimberly B. Gianis | (203) 862-8250 | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690571 | Gabriel Glazer | (310) 277-6910 | Pachulski Stang Ziehl & Jones | Interested Party, Pachulski Stang Ziehl & Jones / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690650 | Kristin K. Going | (215) 988-2708 | Drinker Biddle & Reath LLP | Creditor, Unsecured Note Holders / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690617 | David N Griffiths | (212) 310-8000 | Weil Gotshal & Manges LLP | Interested Party, Hilton / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690486 | David Groban | (240) 426-7906 | David Groban - In Pro Per/Pro Se | In Propria Persona, David Groban / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690580 | Victoria A. Guilfoyle | (302) 425-6404 | Blank Rome LLP | Client, Certain of the First Lien Bond Holders who Signed the RSA / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690581 | Thomas Hals | (610) 544-2712 | Thomson & Reuters | Interested Party, Thomson & Reuters / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690550 | Kristopher Hansen | (212) 806-6056 | Stroock & Stroock & Lavan | Interested Party, Stroock & Stoock & Lavan / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690525 | David A. Hollander | (310) 566-1011 | Tennenbaum Capital | Interested Party, Tennenbaum Capital / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690507 | Gregory Horowitz | (212) 715-9571 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690592 | Vincent Indelicato | (212) 969-3000 | Proskauer Rose LLP | Interested Party, Vincent Indelicato / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690508 | James O. Johnston | (661) 670-8258 | Jones Day | Creditor, Petitioning Creditors / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690700 | Nick Kaluk | (212) 909-6000 | Debevoise & Plimpton LLP | Creditor, First Lean Bond Holders / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690656 | Daniel B. Kamensky | (212) 599-6622 | Paulson & Company | Interested Party, Daniel Kamensky / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690704 | Adam L. Kaplan | 847-404-7757 | Gavin/ Solmonese LLC | Interested Party, Interested Party / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690631 | Geoffrey King | (312) 853-0324 | Sidley Austin LLP | Interested Party, Sidley Austin LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690479 | Scott B. Kitei | (313) 465-7524 | Honigman Miller Schwartz and Cohn L | Interested Party, Rock Gaming / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690536 | Steven C. Krause | 212-688-2550 | Owl Creek Asset Management LP | Creditor, Owl Creek Asset Management, L.P. / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690586 | Michele F. Kyrouz | (415) 391-8900 | Watershed Asset Management, LLC | Creditor, Watershed Asset Management, LLC / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690509 | Sidney Levinson | 213-243-2475 | Jones Day | Creditor, Petitioning Creditors / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690523 | Kenneth C. Liang | (213) 830-6422 | Oaktree Capital Management | Interested Party, Oaktree Capital Management / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690649 | Michael G. Linn | (415) 421-2132 | Farallon Capital Management | Interested Party, Farallon Capital Management / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690524 | Christian Littlejohn | (212) 307-3417 | Wingspan Investment Management | Interested Party, Christian Littlejohn / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690558 | Akshay Madhavan | 201-227-5040 | Redwood Capital | Interested Party, Redwood Capital / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690689 | Neil Mahajan | (212) 878-3504 ext. 00 | Avenue Capital Group | Interested Party, Neil Mahajan / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690513 | Eric M. Mason | (212) 412-6772 | Barclays PLC | Interested Party, Barclays PLC / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690540 | William Mauzy | 212-231-2382 | Macquarie Capital (USA), Inc. | Interested Party, Macquarie Capital (USA), Inc. / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690515 | Dawn McCarty | (212) 318-2300 | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690517 | Joshua Mester | (213) 243-2383 | Jones Day | Creditor, Petitioning Creditors / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690626 | Douglas Mintz | (202) 339-8518 ext. 2624 | Orrick, Herrington & Sutcliffe LLP | Interested Party, Douglas Mintz / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690607 | John A. Morris | (212) 561-7760 | Pachulski Stang Ziehl & Jones | Interested Party, Pachulski Stang Ziehl & Jones / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690651 | Philip Mule | (212) 826-7531 ext. 000 | Client Philip Mule | Interested Party, Philip Mule / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690520 | Gordon Novod | (646) 722-8523 | Grant Eisenhofer P.A. | Plaintiff(s), Set of Class Action Plaintiffs / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690619 | Jeffrey M. Olinsky | (212) 250-5760 | Deutsche Bank | Creditor, Deusche Bank / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690503 | Byung S. Park | (646) 855-9619 | Bank of America | Interested Party, Byung S. Park / LISTEN ONLY |

| Debtor | Case | Type | ID | Name | Phone | Firm | Party Representation |
|---|---|---|---|---|---|---|---|
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690614 | Tuvia Peretz | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690494 | Elizabeth Rasskazova | 207-901-8380 | Polygon Global Partners | Interested Party, Polygon Global Partners / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690505 | Benjamin Rhode | (312) 862-2764 | Kirkland & Ellis LLP | Interested Party, Kirkland & Ellis LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690529 | Benjamin Rosenblum | 212-326-8312 | Jones Day | Interested Party, Benjamin Rosenblum / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690544 | David Rosner | (212) 506-1726 | Kasowitz Benson Torres & Friedman | Interested Party, TPG / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690478 | Jason B. Sanjana | 202-257-0424 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690475 | Richard Schepacarter | 302-573-6491 | Office of the United States Trustee | U.S. Trustee, Richard L. Schepacarter / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690551 | Andrew J. Scurria | (646) 783-7202 | Portfolio Media Inc. | Interested Party, Portfolio Media, Inc. / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690601 | Renu Shah | (312) 407-0663 | Skadden Arps Slate Meagher & Flom | Interested Party, Skadden Arps Slate / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690578 | Chaney M. Sheffield | (310) 272-1062 | Canyon Partners | Creditor, Canyon Partners / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690485 | J. Christopher Shore | 212-819-8394 | White & Case LLP | Interested Party, White & Case LLP / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690539 | Michael Shrekgast | (212) 291-6708 | Nokota Management | Interested Party, Nokota Management / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690535 | Daniel M. Simon | (312) 368-3465 | DLA Piper US, LLP | Interested Party, Xaia Investments / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690573 | Andrew Sorkin | 202-601-2298 | The Capitol Forum | Interested Party, The Capitol Forum / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690499 | James Sprayregen | (212) 446-4800 | Kirkland & Ellis LLP | Debtor, Caesars Entertainment Operating Company, Inc. / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690487 | Howard S. Steel | (212) 209-4800 | Brown Rudnick, LLP | Interested Party, Brown Rudnick, LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690646 | Rachel Strickland | 212-728-8000 | Willkie Farr & Gallagher LLP | Interested Party, Willkie Farr & Gallagher LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690589 | Eli Vonnegut | (212) 450-4331 | Davis Polk & Wardwell LLP | Interested Party, - / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690547 | Stephanie S. Wickouski | (212) 541-1114 | Bryan Cave LLP | Interested Party, Bryan Cave LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690512 | Monika Wiener | (213) 489-3939 | Jones Day | Creditor, Petitioning Creditors / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690609 | Eric Wilson | 212-808-5087 | Kelley Drye & Warren, LLP | Trustee, Wilmington Savings Funds Society / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690519 | Thomas A. Wilson | (216) 586-3939 | Jones Day | Creditor, Petitioning Creditors / LIVE |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690537 | Julia M. Winters | 212-617-6592 | Bloomberg LP | Interested Party, Bloomberg / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690606 | Oliver S. Zeltner | (216) 586-7573 | Jones Day | Representing, The Petitioning Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690552 | Matthew C. Ziegler | (212) 715-9508 | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| Caesars Entertainment Operating Company, Inc. | 15-10047 | Hearing | 6690588 | Alan Zimmerman | (646) 415-8143 | S&P Capital IQ | Interested Party, Alan Zimmerman / LISTEN ONLY |