## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:           )   Chapter 11

              )

CAESARS ENTERTAINMENT    )   Case No. 15-10047 (KG)

OPERATING COMPANY, INC.,    )

              )

     Alleged Debtor.     )   **Re: Dkt No. 17**

              )

## ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1014(b), STAYING PARALLEL PROCEEDING

This matter coming before the Court on the Motion of Petitioning Creditors, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1014(b), for an Order Staying Any Parallel Proceedings (the "Motion"), filed by Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P. and Special Value Expansion Fund, LLC, the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) notice of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.   The Motion is GRANTED.

2.    All proceedings in the chapter 11 case captioned *In re Caesars Entertainment Operating Company Inc., et al.*, Case No. 15-01145(ABG) (Bankr. N.D. Ill.) (the "Illinois Case"), that may be filed by the Debtor in the Illinois Case, subsequent to the commencement of the above-captioned chapter 11 case are hereby STAYED, except as provided herein, pending this Court's issuance of an order determining, if necessary, the venue in which the Debtor's chapter 11 case shall proceed.

3.    The Debtor may proceed to be heard in the Illinois Case on the following matters identified in the Agenda for First Day Hearing filed in the Illinois Case: Item Nos. 1-12 and 14.

4.    This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated:  January 15, 2015

_____
KEVIN GROSS, U.S.B.J.