**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,<br><br>        Alleged Debtor. | Chapter 11<br><br>Case No. 15-10047 (KG) |

**NOTICE OF SERVICE**

     **PLEASE TAKE NOTICE** that on January 16, 2015, by and through their undersigned counsel, Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P. and Special Value Expansion Fund, LLC, holders of 10% Second-Priority Senior Secured Notes due 2018 issued under indentures dated December 24, 2008 and April 15, 2009 by alleged debtor Caesars Entertainment Operating Company, Inc., served their *First Set of Requests for Production Directed to Caesars Entertainment Operating Company, Inc.* upon the individuals identified on the service list attached hereto as Exhibit A in the manner set forth therein.

Dated: January 16, 2015
       Wilmington, Delaware

Respectfully submitted,

  */s/ Robert F. Poppiti, Jr.*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Robert F. Poppiti, Jr. (No. 5052)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600  Facsimile: (302) 571-1253

-and-

Bruce Bennett
James O. Johnston
Sidney P. Levinson
Joshua M. Mester
Monika S. Wiener
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 489-3939  Facsimile: (213) 243-2539

Attorneys for Appaloosa Investment Limited Partnership I, OCM Opportunities Fund VI, L.P. and Special Value Expansion Fund, LLC

01:16514348.1

## EXHIBIT A

**Via Electronic Mail and Overnight Delivery**
David J. Zott, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Email: david.seligman@kirkland.com

**Via Electronic Mail and Hand Delivery**
Domenic E. Pacitti
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Email: dpacitti@klehr.com