IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CAESARS ENTERTAINMENT OPERATING ) | Case No. 15-10047 (KG) |
| COMPANY, INC., ) | |
| ) | |
| Alleged Debtor. ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Delaware Trust Company, in its capacity as indenture trustee for the 10.00% Second-Priority Senior Secured Notes due 2018 and the 10.00% Second-Priority Senior Secured Notes due 2015 issued by Caesars Entertainment Operating Company, Inc. (the "Indenture Trustee"), hereby appears by their counsel, Bryan Cave LLP, and Connolly Gallagher LLP (together, "Counsel"). Counsel hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in these cases. Counsel request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Indenture Trustee through service upon the Indenture Trustee and

each Counsel, at the addresses, telephone, email addresses and facsimile numbers set forth below:

| | |
|---|---|
| Stephanie Wickouski, Esq.<br>Michelle McMahon, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Office: (212) 541-2000<br>Fax: (212) 541-4630<br>Email: stephanie.wickouski@bryancave.com<br>michelle.mcmahon@bryancave.com | Sandra E. Horwitz<br>Managing Director<br>Delaware Trust Company<br>2711 Centerville Road<br>Wilmington, DE 19808<br>Office: (877) 374-6010 ext. 62412<br>Cell: (302) 300-2839<br>Fax: (302) 636-8666<br>Email: shorwitz@delawaretrust.com |
| | Karen C Bifferato, Esq.<br>Connolly Gallagher LLP<br>1000 West Street, 14th Floor<br>Wilmington, DE 19801<br>Tele: (302) 888-6221<br>Fax: (302) 757-7299<br>Email: kbifferato@connollygallagher.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Indenture Trustee, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any

proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Indenture Trustee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 16, 2015

BRYAN CAVE LLP
Stephanie Wickouski, Esq.
Michelle McMahon (No. 3900)
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-541-2000
Facsimile: 212-541-4630

- and -

CONNOLLY GALLAGHER LLP

*/s/ Karen C Bifferato*
Karen C Bifferato (No. 3279)
1000 West Street, 14th Floor
Wilmington, DE 19801
Tele: (302) 888-6221
Fax: (302) 757-7299
Email: kbifferato@connollygallagher.com

05146284