**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| CAESARS ENTERTAINMENT : | |
| OPERATING COMPANY, INC., : | Case No. 15-10047 (KG) |
| : | |
| Alleged Debtor. : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Drinker Biddle & Reath LLP ("Drinker Biddle") attorneys for the ad hoc group of holders of the unsecured 5.75% notes due 2017 and unsecured 6.50% notes due 2016 (the "Ad Hoc Group of 5.75% and 6.50% Notes"), a creditor in the above-referenced case, files this Notice of Appearance and Request for Service of Papers, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests that copies of all notices and pleadings given or required to be given in this case, be given to and served upon:

| | |
|---|---|
| DRINKER BIDDLE & REATH LLP | DRINKER BIDDLE & REATH LLP |
| 222 Delaware Ave., Ste. 1410 | 1177 Avenue of the Americas, 41st Fl. |
| Wilmington, DE 19801-1621 | New York, NY 10036 |
| Tel.: (302) 467-4200 | Tel.: (212) 248-3140 |
| Fax: (302) 467-4201 | Fax: (212) 248-3141 |
| Attn: Howard A. Cohen, Esq. | Attn: James H. Millar, Esq. |
| howard.cohen@dbr.com | Kristin K. Going, Esq. |
| | Clay J. Pierce, Esq. |
| | james.millar@dbr.com |
| | kristin.going@dbr.com |
| | clay.pierce@dbr.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes,

without limitation, any and all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, objections, complaints, demands, replies, statements of affairs, schedules of assets and liabilities, operating reports, plans of reorganization, disclosure statements, and other filings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telecopy, e-mail or otherwise filed with regard to this case and any proceedings thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be (i) a waiver of the right of the Ad Hoc Group of 5.75% and 6.50% Notes (a) to have final orders entered only after *de novo* review by a United States District Court, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases, (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to object to the jurisdiction or venue of the Court or venue of these cases, or (ii) a waiver of any other rights, remedies, claims, actions, defenses, setoffs or recoupments, as appropriate, to which the Ad Hoc Group of 5.75% and 6.50% Notes is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Ad Hoc Group of 5.75% and 6.50% Notes expressly reserves.

**PLEASE TAKE FURTHER NOTICE,** that the undersigned hereby demands that the names and addresses set forth herein be added to the mailing matrix in these cases.

Dated: January 20, 2015
       Wilmington, Delaware

**DRINKER BIDDLE & REATH LLP**

By: */s/ Howard A. Cohen*
    Howard A. Cohen (DE 4082)
    222 Delaware Ave., Ste. 1410
    Wilmington, DE 19801-1621
    Telephone: (302) 467-4200
    Facsimile: (302) 467-4201
    howard.cohen@dbr.com

    -and-

    James H. Millar (*pro hac vice* pending)
    Kristin K. Going (*pro hac vice* pending)
    Clay J. Pierce (*pro hac vice* pending)
    1177 Avenue of the Americas
    41st Floor
    New York, NY 10036
    Telephone: (212) 248-3140
    Facsimile: (212) 248-3141

    james.millar@dbr.com
    kristin.going@dbr.com
    clay.pierce@dbr.com

    *Counsel to the Ad Hoc Group of 5.75% and 6.50% Notes*

78511025.3