IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAESARS ENTERTAINMENT | ) | Case No. 15-10047 (KG) |
| OPERATING COMPANY, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER SCHEDULING THE HEARING ON THE
## DETERMINATION OF VENUE AND RELATED MATTERS

WHEREAS:

A.  Three creditors (the "Petitioning Creditors") of Caesars Entertainment Operating Company, Inc. (the "Debtor")[1] filed an involuntary case in this Court against the Debtor on January 12, 2015, pursuant to Section 303 of the Bankruptcy Code.

B.  On January 15, 2015, the Debtor and affiliates filed voluntary chapter 11 cases in the United States Bankruptcy Court for the Northern District of Illinois (the "Illinois Court") captioned *In re Caesars Entertainment Operating Company, Inc., et al.*, Case No. 15-01143(ABG) (the "Illinois Cases").

C.  Following a hearing on January 15, 2015 (the "Hearing"), this Court entered an Order pursuant to Rule 1014(b) of the Federal Rules of Bankruptcy Procedure staying the Debtor from proceeding with the Illinois Cases, but permitted the Debtor to request specific first day relief from the Illinois Court. The Debtor obtained such relief from the Illinois Court thereby permitting the Debtor to maintain its operations.

---

[1] The Debtor having filed a voluntary petition for bankruptcy, the Court will no longer refer to the "Alleged" Debtor. The Court is making no finding on the validity of the involuntary bankruptcy.

D. At the Hearing, the Court ruled that it would conduct a hearing at an early date to: (1) consider any contest by the Debtor to the involuntary petition pursuant to Section 303(d) of the Bankruptcy Code (the "Involuntary Petition Hearing"); and (2) determine the venue for the Illinois Cases pursuant to Rule 1014(b) (the "Venue Hearing"). It is in the interest of justice and the interests of all parties that the Court conduct the Venue Hearing as early as the Court's schedule permits.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Court will conduct the Venue Hearing on January 26 and 27, 2015, beginning at 9:00 a.m. The Court will not conduct the Involuntary Petition Hearing at this time because the parties will need more time to prepare.

2. The Debtor has "elected" not to object to the standing of non-petitioning creditors to participate in the Venue Hearing, subject to conditions the Debtor stated in the letter, dated January 19, 2015, to the Court (D.I. 79), to which the Court permitted responses.[2] Having considered the parties' positions, the Court will apply the following case management terms for the Venue Hearing:

   (a) Non-petitioning creditors intending to participate in this proceeding are required to file their disclosures required by Rule 2019 of the Federal Rules of Bankruptcy Procedure on or before Friday, January 23, 2015 at 4:00 p.m.

   (b) All parties may engage in discovery and any discovery requests shall be served by noon on January 21, 2015. If any party wishes to object to discovery on the basis of duplicativeness, burdensomeness, irrelevance or other grounds, the Court will be available at the request of any party for a telephonic hearing on Wednesday, January 21, at 3:00 p.m.

---

[2] Without deciding the standing issue because it is unnecessary to do so for case management purposes, the better view appears to be that under Section 1109(b) of the Bankruptcy Code, all creditors may participate. Debtor cited no authority to the contrary.

2

(c) Parties (other than Debtor or the Petitioning Creditors) who support or oppose Debtor's choice of forum will be limited to filing briefs not exceeding 15 pages in length.

(d) Time allocated by the Court at the Venue Hearing (approximately 14 hours) shall be divided equally among the Debtor's and those parties supporting the Debtor's elected venue, on the one hand, and the parties opposing the Debtor's choice of venue (including the Petitioning Creditors), on the other hand.

3. The Petitioning Creditors, the Debtor and any other parties will file and deliver to Chambers any papers in support of their positions for the Venue Hearing on or before Friday, January 23, 2015, at 5:00 p.m.

Dated: January 20, 2015

_____
KEVIN GROSS, U.S.B.J.