IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAESARS ENTERTAINMENT | ) | Case No. 15-10047 (KG) |
| OPERATING COMPANY, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Dkt. Nos. 26, 35 and 47 |

## ORDER

Before the Court is the Petitioning Creditors' motion seeking a determination pursuant to Federal Rule of Bankruptcy Procedure 1014(b) as to the venue in which the bankruptcy proceedings of Caesars Entertainment Operating Company, Inc. (the "Debtor") shall proceed (D.I. 26, 35). On January 12, 2015, the Petitioning Creditors initiated an involuntary bankruptcy proceeding against the Debtor in this Court, Case No. 15-10047 (KG), pursuant to Section 303 of the Bankruptcy Code (the "Involuntary Case"). On January 15, 2015, the Debtor and certain of its affiliates initiated a voluntary bankruptcy proceeding in the United States Bankruptcy Court for the Northern District of Illinois (the "Illinois Court") captioned *In re Caesars Entertainment Operating Company, Inc., et al.*, Case No. 15-01145 (ABG) (the "Voluntary Case"). Pursuant to Rule 1014(b) this Court, as the court in which the first-filed bankruptcy petition is pending, must make the determination as to the district or districts in which the Involuntary Case and Voluntary Case shall proceed. For the reasons set forth on the record of the January 28, 2015, telephonic hearing, as well as the written decision which the Court shall issue,

IT IS HEREBY ORDERED that:

1. Pursuant to Rule 1014(b), in the interest of justice, the Voluntary Case shall proceed in the Illinois Court. Therefore, the stay of the Voluntary Case mandated by the Court's Order entered January 15, 2015 (D.I. 47), is hereby lifted.

2. Pursuant to Rule 1014(b), in the interest of justice and for the convenience of the parties, the Involuntary Case shall proceed in the Illinois Court as well. Accordingly, pursuant to 28 U.S.C. § 1412, the Court will transfer the Involuntary Case to the Illinois Court. This Order does not affect the substantive rights of any party in interest with respect to the continued prosecution of the Involuntary Case.

Dated: January 28, 2015

_____
KEVIN GROSS, U.S.B.J.